UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

IN THE MATTER OF THE
CRIMINAL COMPLAINT FOR
PAUL WAYNE ION                                           NO. 5-26-MJ-94-LLK

**ORDER**

Upon motion of the United States of America, by counsel, Assistant United States Attorney, Leigh Ann Dycus; and the Court being sufficiently advised,

It is hereby ORDERED that the case is UNSEALED as the defendant is in custody in the District of Colorado;

It is hereby further ORDERED that United States may file both a redacted and unredacted Criminal Complaint Affidavit in this matter;

It is hereby further ORDERED that the redacted complaint shall be filed in the public record.

It is hereby further ORDERED that the unredacted Criminal Complaint Affidavit relating to the above matter is sealed.  No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

June 29, 2026
_____
Date

Lanny King, Magistrate Judge
United States District Court